

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00700-CV

**IN RE STEPHEN PATRICK BLACK,**

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. CV-15-1805
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Sitting:        Marialyn P. Barnard, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Relator's motion to admit supplemental exhibits is granted.

It is so ORDERED on this 4th day of December, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court